THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Chad E. Austin
Petitioner,

vs.

UNITED STATES of AMERICA
and
The Bureau of Prisons
Respondents.

2020 APR 27 AM 10:53

FILED

Case No. CR.98-131-01-M

## PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF 28 USCS § 2241

Now Comes, the Petitioner, Chad E. Austin, herein pro se and hereby respectfully invokes this Honorable Court Jurisdiction pursuant to Title 28 U.S.C. § 2241, and request this Court grant relief requested. And in Support States the Following:

This petitioner was sentenced by Federal Judge Steven J. McAuliffe on 11/12/1999. The Judge used U.S.C.§ 3584, 3553 and U.S.S.G. 5G1.3(c) Applaction Notes 3 and 4, U.S.S.G. § 1B1.3, under that years Guidelines. (Pre-Booker - Mandtory Sentencing Gidelines.) The Sentencing Transcripts read clear. The Judgment and Commentment is clear. The Docket Enterys are clear.

Judge McAuliffe started Petitioners Federal Concurrent Sentence's on 11/12/1999 and the record Shows it Clear as Day every where.

The Federal Sentence is Illegal and that Fact Can not be over looked. Applaction note 4 of 5G1.3(c) is the problem.

Its the Bureau of Prisons problem because thay have broken the law and in so doing that have Cometted a crime themselfs. One that can Not be covered up.

Petitioners Federal Sentence reads clear and even if its not legal, it Started on 11/12/1999. (<u>EFFECTIVE THIS DATE</u>) That's what Judge McAuliffe Says and dose on 11/12/1999. "Effective this date" Means just what it Says, nothing else.

The B.O.P. has Started this petitioners hole Federal Sentence Ten years after it started. Thay start the hole 222 month Sentence on 06-02-2009. That date is not in petitioners Sentencing transcripts, J&C or Docket ENtrys. None of petitioners Court paper work has that date on it. The B.O.P. has broken the law truly and thay think thay have "TRUE Sentencing authority". Thay are WRONG and thay know it.

This petetioner has NEVER lossed any "Good Conduct time", Not EVER! 11/12/1999 to date. 222 months is 18½ years Starting on 11/12/1999. Petitioners Federal Sentence was over in 2016.

(2 of 3)

This case is clear cut and No case law is needed to prove them Facts. This petitioner is being illegaly Confined truly and asks the Court For IMMEDIATELY RELEASE because it is warnted. The **SIX "6"** exhibits enclosed prove it behond any doubt at all.

And I ask the Court even with the crazy wrong Computation the B.O.P. is giveing how do thay have the "Expiration Full turm Date 12-01-2027?" By their Math I-M 58.3 percentage of Full time Served. And why is there no "CC" on Count ONE the Split Sentence"? Thats the proof of a true Criminal Charge.

I pray this court grants this 2241 petition so that I can move Fowurd in life with the plans I've been makeing For re-entry For many years now.

Respectfully Submitted.

Chad Austin #02205-049
F.C.I. Berlin
P.O. Box 9000
Berlin, NH 03570

(3 of 3)

CERTIFICATE OF SERVICE

I, CHad Austin, hereby certify that a true and correct copy of the foregoing Petition for Writ Habeas Corpus and Memorandum of Law has been place in this U.S. Mail for delivered on this 4 day of 20 , 2020 to all interest parties:

Respectfully Submitted

*Chad Austin* (signature)

Chad E. Austin
#02205-049
FCI Berlin
P.O. Box 9000
Berlin, NH 03570

8