UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Chad Austin

    v.                                          Case No. 20-cv-506-SM

United States of America, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 22, 2020, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

_____
Steven J. McAuliffe
United States District Judge

Date: August 6, 2020

cc:   Chad Austin, pro se